BEFORE THE SECOND DIVISION, AUGUST 12, 1954

**No. 58324.**—A. Tanzi Engineering Co. and Schneider Bros. & Co., Inc. *v.* United States, protests 152424–K and 158114–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the involved machines consist of noodle-making machines similar in all material respects, except that said machines are power driven and chiefly used in factories rather than in households, to the noodle-making machines the subject of *A. Tanzi Engineering Co.* and *Schneider Bros. & Co., Inc.* v. *United States* (30 Cust. Ct. 4, C. D. 1490), the claim of the plaintiffs was sustained.